1082

No. 04–719.  ZIEGLER v. BANK OF AMERICA, NT & SA, ET AL. C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–6887.  HARDISON v. NEWLAND, WARDEN.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–6922.  DICKERSON v. BOCK, WARDEN.  C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 04–6923.  DICKERSON v. BOCK, WARDEN.  C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 04–7524.  BECKLEY v. MINER, WARDEN.  C. A. 3d Cir. Certiorari before judgment denied.

No. 03–1632.  GANESAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 816;
No. 03–1676.  HAYES v. NICE SYSTEMS LTD. ET AL., ante, p. 819;
No. 03–9675.  STRANGE v. NORFOLK SOUTHERN CORP., ante, p. 822;
No. 03–10091.  HIRAHARA v. KRAMER, WARDEN, ante, p. 824;
No. 03–10096.  GUILLORY v. CAIN, WARDEN, ante, p. 824;
No. 03–10321.  MOSLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 830;
No. 03–10375.  FIGUEROA v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL., ante, p. 832;
No. 03–10376.  ISAAC v. YARBOROUGH, WARDEN, ante, p. 832;
No. 03–10485.  MOSLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 836;
No. 03–10488.  PERRY v. UNITED PARCEL SERVICE, INC., ante, p. 836;
No. 03–10590.  JOHNSON v. SHERRY, WARDEN, ante, p. 840;
No. 03–10620.  NELSON v. UNITED STATES, ante, p. 978;